———O———

JOHN MORAN, *et al.* Appellants, *vs.* JOHN PLANKINTON, *et al.*, Respondents.

1. *Judgment, final—Appeal.*—A judgment for defendant, which is merely one for costs, is not a final one, and will not authorize an appeal.

*Appeal from Jackson Circuit Court.*

*Johnson & Botsford, and Tichnor & Warner* for Appellants.

*Wallace, Pratt & Hoff,* for Respondents.

SHERWOOD, Judge, delivered the opinion of the court.

This case comes here by appeal from the Jackson Circuit Court, but there is no final judgment. It has been repeatedly decided by this court, that a final judgment in favor of a defendant should conclude in this way:

"It is therefore considered by the court, that the plaintiff take nothing by his writ, that the defendant be discharged and go hence without delay, and have and recover of and from said plaintiff his costs in this behalf expended, and have hereof execution." The only judgment in this record, is one for costs.

Appeal dismissed. Judge Adams absent; the other Judges concur.